UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DRM, INC.,

        Plaintiff,

v.                                                      Case No. 14-cv-754

BLM LAND, LLC,

        Defendant.

## DEFENDANT'S RULE 26(a)(3) DISCLOSURES

NOW COMES Defendant, BLM Land, LLC, by and through its undersigned counsel, and pursuant to the Court's Preliminary Pretrial Conference Order, makes the following Rule 26(a)(3) pretrial disclosures.

    A. Pursuant to Rule 26(a)(3)(A)(i), Defendant expects to call the following individuals as witnesses at trial.

        1. Terry McGuire
        2. Matthew Johnson
        3. Atty. Fred Wesner
        4. Atty. Gary Batenhorst

Witnesses McGuire and Wesner can be contacted through legal counsel for the Defendant. Witnesses Johnson and Batenhorst can be contacted through legal counsel for the Plaintiff.

    B. Pursuant to Rule 26(a)(3)(A)(i), Defendant may call the following individuals as witnesses at trial.

        1. Jon J. Marshall, Director (damages only)
           Financial Advisory Services
           McGladrey LLP
           1 South Wacker Drive, Suite 800
           Chicago, IL 60606

This witness can be contacted through legal counsel for the Defendant.

2. Pursuant to Rule 26(a)(3)(iii), Defendant discloses those trial exhibits identified on Defendant's attached Exhibit List.

Dated this 24th day of April, 2015.

>s/ Lori M. Lubinsky
State Bar No. 1027575
Attorneys for Defendant
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI 53701-1767
Telephone:  608-257-5661
E-mail:  llubinsky@axley.com