**TRIAL EXHIBIT FORM**

| EXHIBIT (S) OF | | | |
|---|---|---|---|
| DEFENDANT (Indicate plaintiff or defendant) | DRM, INC. V.   Case No.  14-cv-754 BLM Land, LLC | | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 500 | | Warranty Deed b/w BLM Land LLC and S&S Milton Ave., LLC, 7/30/14 | |
| | 501 | | Email exchange b/w Fred Wesner and Michael Banks, 9/8/14 and 9/9/14 | |
| | 502 | | Declaration of Restrictive Covenant, 12/9/11 (non-highlighted version) | |
| | 503 | | Red Lobster menu | |
| | 504 | | Chipotle menu | |
| | 505 | | Dunkin Donuts menu – bakery items | |
| | 506 | | Starbuck menu – food | |
| | 507 | | Long John Silver's menu (platters, sandwiches, salads and kids's meals) | |
| | 508 | | DRM lease with Schuering Road, LLC, 10/9/00 | |
| | 509 | | DRM lease with McBain Enterprises, Inc.. 10/9/13 | |
| | 510 | | BLM damages documentation | |
| | 511 | | Email from Stacy Blocker to AFA Board of Directors re: Competitive Review (July 2014 News) (from Bero's file materials) | |
| | 512 | | Arby's Demographic Analyzer – Arby's Competitor List, 3/18/10 (from Bero's file materials) | |

|  | 513 |  | Arby's Store #1222 Competition Excel Spreadsheet (from Bero's file materials) |  |
|---|---|---|---|---|
|  | 514 |  | Chipolte Opening Analysis (from Bero's file materials) |  |
|  | 515 |  | Competitive Review Dec. 2014 (from Bero's file materials) |  |
|  | 516 |  | Cost to Move binder (from Bero's file materials) |  |
|  | 517 |  | Deposition transcript of Matt Johnson |  |
|  | 518 |  | Deposition transcript of Attorney Gary Batenhorst |  |
|  | 519 |  | Deposition transcript of Ron Bero |  |
|  |  |  |  |  |