## TRIAL EXHIBIT FORM

| | | |
|---|---|---|
| JOIN TRIAL EXHIBITS<br>Plaintiff and Defendant<br>_____<br>(Indicate plaintiff or defendant) | DRM, Inc.,  Plaintiff<br>_____<br><br>V.                Case No._____3:14-cv-00754_____<br><br>BLM Land, LLC,  Defendant | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 1 | | 8/18/11 Partially executed Lease between BLM Land, LLC, and DRM, Inc. (Batenhorst Dep. Ex. 1) | |
| | 2 | | 11/23/11 Email from Gary Batenhorst of Cline Williams to Fred Wesner, cc:  Matt Johnson re: Declaration of Restrictive Covenants (BLM/2101 Morse 830-834; Batenhorst Dep. Ex. 2) | |
| | 3 | | 11/23/11 Email from Fred Wesner to Gary Batenhorst re:  draft Declaration of Restrictive Covenants (BLM/2101 Morse 843-846; Batenhorst Dep. Ex. 3) | |
| | 4 | | 11/23/11 Email from Gary Batenhorst to Fred Wesner, cc: Matt Johnson Re:  proposed revisions to Declaration of Restrictive Covenants (BLM/2101 Morse 847-848; Batenhorst Dep. Ex. 5) | |
| | 5 | | 12/09/11 Declaration of Restrictive Covenant re:  Lot 1 (Arby's Tract) and Lot 2 (Developer Tract) (Batenhorst Dep. Ex. 6) | |
| | 6 | | 09/09/14 Email from Michael E. Banks to Gary Batenhorst re: Permitted User Agreement (Batenhorst Dep. Ex. 7) | |
| | 7 | | 11/01/14 Memorandum of Restrictive Covenant, Lot 1 (Arby's Tract) and Lot 2 (Developer Tract) (Batenhorst Dep. Ex. 8) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | **No.** | **Witness** | | |
| | 8 | | 10/14/14 Amended and Restated Memorandum of Restrictive Covenant re:  Lot 1 (Arby's Tract) and Lot 2 (Developer Tract) (Batenhorst Dep. Ex. 9) | |
| | 9 | | Page 1 of Declaration of Restrictive Covenant with handwritten notes and redactions (Batenhorst Dep. Ex. 10) | |
| | 10 | | 06/15/11 Handwritten notes re: Restrictive Covenant (Batenhorst Dep. Ex. 11) | |
| | 11 | | 03/24/11 Partially executed LOI between Matthew S. Johnson of DRM, Inc., and Terry McGuire of BLM Land, LLC (Johnson Dep. Ex. 12) | |
| | 12 | | 03/30/11 Email from Terry McGuire to Matt Johnson, cc:  Tom Lasse re:  attached proposed Arby's LOI response (DRM000063 – DRM000065; Johnson Dep. Ex. 13) | |
| | 13 | | 04/14/11 Draft of LOI between DRM, Inc. and BLM Land, LLC (Johnson Dep. Ex. 14) | |
| | 14 | | 10/31/14 Email from Terry McGuire to Fred Wesner and David Moore re:  comments related to LOI (Johnson Dep. Ex. 15) | |
| | 15 | | 05/19/11 Draft LOI between DRM, Inc. and BLM Land, LLC (Johnson Dep. Ex. 16) | |
| | 16 | | 06/01/11 Fully-executed LOI between DRM, Inc. and BLM Land, LLC (Johnson Dep. Ex. 17) | |
| | 17 | | 09/12/11 Page 13 of signature page to Lease (Johnson Dep. Ex. 18) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 18 | | 10/17/11 Email from Matt Johnson to Terry McGuire, cc:  Marc Johnson and Matt Johnson re:  no objection to Panchero's Mexican Grill (DRM000879; Johnson Dep. Ex. 19) | |
| | 19 | | 10/17/11 Email from Matt Johnson to Terry McGuire, cc:  Marc Johnson and Matt Johnson re: Starbucks and test markets regarding deli-style sandwiches (DRM000874; Johnson Dep. Ex. 20) | |
| | 20 | | 06/22/12 Email from Matt Johnson to Terry McGuire, cc:  Marc Johnson re:  Panchero's and hi-rise sign cost (DRM000736; Johnson Dep. Ex. 21) | |
| | 21 | | 09/01/14 Email from Pat McCarthy of Pinnacle National Commercial R.E. to Terry McGuire and Amanda Witt re:  disappointment with non-execution of Lease for Mr. Brews (BLM000278; Johnson Dep. Ex. 22) | |
| | 22 | | 09/20/14 Email from Terry McGuire to Matt Johnson re: objection to Chipotle v. Brews Brothers (DRM001106; Johnson Dep. Ex. 23) | |
| | 23 | | 09/20/14 Email from Terry McGuire to Fred Wesner re: parking situation with Red Lobster (Johnson Dep. Ex. 24) | |
| | 24 | | 09/20/14 Email from Terry McGuire to Fred Wesner re:  Red Lobster (Johnson Dep. Ex. 25) | |
| | 25 | | 10/31/14 Email from Terry McGuire to David Moore and Fred Wesner re:  Tom & Chee menu included in the prohibited use of the Lease (Johnson Dep. Ex. 26) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|-----|---------|-------------|----------------------------------------|
|      | No. | Witness |             |                                        |
|      | 26  |         | 10/31/14 Email from Terry McGuire to Fred Wesner and David Moore re:  not waiving use restriction for Panera Bread (Johnson Dep. Ex. 27) |  |
|      | 27  |         | Aerial view photo of property located at 3333 Milton Avenue, Janesville, Wisconsin (DRM000007; McGuire Dep. Ex. 28) |  |
|      | 28  |         | 04/07/15 Notice of Deposition of Terry McGuire (McGuire Dep. Ex. 29) |  |
|      | 29  |         | 12/05/14 Defendant's Answer and Affirmative Defenses in *DRM, Inc. v. BLM Land, LLC* (McGuire Dep. Ex. 30) |  |
|      | 30  |         | 01/09/15 Defendant's Counterclaims in *DRM, Inc. v. BLM Land, LLC* (McGuire Dep. Ex. 31) |  |
|      | 31  |         | 03/24/15 Defendant BLM Land, LLC's Response to DRM, Inc.'s First Set of Requests for Admission (McGuire Dep. Ex. 32) |  |
|      | 32  |         | 03/24/15 Defendant BLM Land, LLC's Response to DRM, Inc.'s First Set of Interrogatories and Requests for Production of Documents (McGuire Dep. Ex. 33) |  |
|      | 33  |         | Sale or Lease Flyer for former Del Taco Property (DRM000001; McGuire Dep. Ex. 34) |  |
|      | 34  |         | 01/10/11 Email from Laurie Sheil to Marc Johnson and Matt Johnson re:  attached Aerial Photo of Oasis Outlot dated March 2009 (DRM001925 – DRM001926; McGuire Dep. Ex. 35) |  |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 35 | | Oasis Outlot Arial view of the Oasis Retail Development (DRM000006; McGuire Dep. Ex. 36) | |
| | 36 | | 03/03/11 Email from Terry McGuire to Matt Johnson re:  site drawings for the former Del Taco Property (DRM001919 – DRM001924; McGuire Dep. Ex. 37) | |
| | 37 | | 03/03/11 Email from Terry McGuire to Matt Johnson re: attached Oasis marketing materials (DRM001906, DRM000009 – DRM000020; McGuire Dep. Ex. 38) | |
| | 38 | | 03/07/11 Email from Terry McGuire to Matt Johnson re: property information for 2101 Morse Street (DRM000819; McGuire Dep. Ex. 39) | |
| | 39 | | 03/15/11 Email from Matt Johnson to Terry McGuire re:  attached March of 2011 Exclusive Negotiation and Confidentiality Agreement between BLM Land, LLC and DRM, Inc. re:  Del Taco Property (DRM001562 – DRM001566; McGuire Dep. Ex. 40) | |
| | 40 | | 03/24/11 Email from Matt Johnson to Terry McGuire, cc:  Matt Johnson re:  attached LOI Lease Agreement, conversion layout for the building addition, conversion site layout for additional parking and exterior views (DRM001688 – DRM001707; McGuire Dep. Ex. 41) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 41 | | 03/24/11 Email from Terry McGuire to Matt Johnson re: response to receipt of materials related to LOI Lease Agreement, etc. (DRM000815; McGuire Dep. Ex. 42) | |
| | 42 | | 03/29/11 Email from Matt Johnson to Terry McGuire re:  attached Word version of LOI (DRM001518 – DRM001522; McGuire Dep. Ex. 43) | |
| | 43 | | 03/30/11 Email from Terry McGuire to Matt Johnson, cc:  Tom Lasse re:  attached Arby's LOI response (DRM001680 – DRM001683; McGuire Dep. Ex. 44) | |
| | 44 | | 04/04/11 Email from Matt Johnson to Terry McGuire re:  attached preliminary conversion site layout for Arby's Restaurant (DRM001676 – DRM001677; McGuire Dep. Ex. 45) | |
| | 45 | | 04/14/11 Email from Matt Johnson to Terry McGuire, cc:  Matt Johnson re:  attached revised LOI and related materials (DRM001459 – DRM001483; McGuire Dep. Ex. 46) | |
| | 46 | | 04/28/11 Email from Matt Johnson to Terry McGuire re:  comments related to Lease (DRM00794 – DRM00796; McGuire Dep. Ex. 47) | |
| | 47 | | 05/02/11 Email from Terry McGuire to Matt Johnson re:  Lease review and attorney notes (DRM000793; McGuire Dep. Ex. 48) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 48 | | 05/17/11 Email from Matt Johnson to Terry McGuire, Tom Lasse and William Mears, cc: Marc Johnson re: sending final LOI and Lease Agreement by end of week (DRM000782 – DRM000783; McGuire Dep. Ex. 49) | |
| | 49 | | 05/20/11 Email from Matt Johnson to Terry McGuire re: attached redline LOI with comments (DRM001124 – DRM001155; McGuire Dep. Ex. 50) | |
| | 50 | | 05/26/11 Email from Terry McGuire to Matt Johnson re: double bank parking (DRM000778 – DRM000779; McGuire Dep. Ex. 51) | |
| | 51 | | 05/27/11 Email from Terry McGuire to Matt Johnson re: ongoing Exclusive Negotiation and Confidentiality Agreement (DRM000770 – DRM000722; McGuire Dep. Ex. 52) | |
| | 52 | | 06/02/11 Email from Matt Johnson to Terry McGuire, cc: Marc Johnson re: attached final draft LOI (DRM001971 – DRM001992; McGuire Dep. Ex. 53) | |
| | 53 | | 06/04/11 Email from Matt Johnson to Matt Johnson and Terry McGuire re: agreement with escrow (DRM001086; McGuire Dep. Ex. 54) | |
| | 54 | | 06/07/11 Email from Terry McGuire to Matt Johnson re: attached signed LOI with modification (DRM000994 – DRM000998; McGuire Dep. Ex. 55) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 55 | | 06/09/11 Email from Matt Johnson to Terry McGuire, cc:  Marc Johnson and Gary Batenhorst and Matt Johnson re:  attached fully-executed LOI between DRM, Inc. and BLM Land, LLC (DRM001727 – DRM001731; McGuire Dep. Ex. 56) | |
| | 56 | | 06/21/11 Email from Terry McGuire to Matt Johnson re:  intent to review redlined and original Lease Agreement incorporating business terms of LOI and forwarding comments (DRM001083; McGuire Dep. Ex. 57) | |
| | 57 | | 06/25/11 Email from Terry McGuire to Matt Johnson re: reaction to not constructing the "shared parking area" (DRM001082; McGuire Dep. Ex. 58) | |
| | 58 | | 06/21/11 Email from Terry McGuire to Matt Johnson re:  no major changes, just some clarifications in language on the CAM (DRM001081; McGuire Dep. Ex. 59) | |
| | 59 | | 08/16/11 Email from Gary R. Batenhorst to Bruce Briney, cc: Matt Johnson re:  DRM Lease (DRM001062 – DRM001063; McGuire Dep. Ex. 60) | |
| | 60 | | 08/18/11 Email from Terry McGuire to Matt Johnson re: Janesville Lease (DRM000141; McGuire Dep. Ex. 61) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | 61 | | 08/30/11 Email from Terry McGuire to Bruce Briney, cc:  Matt Johnson re:  High-rise sign issue and no problem granting easement for sign (DRM001056 – DRM001058; McGuire Dep. Ex. 62) | |
| | 62 | | 09/09/11 Email from Matt Johnson to Terry McGuire, cc:  Marc Johnson and Matt Johnson re: attached pylon sign locations on the aerial site photos (DRM001294 – DRM001300; McGuire Dep. Ex. 63) | |
| | 63 | | 09/12/11 Lease between BLM Land, LLC and DRM, Inc. (BLM/2101 Morse 965-689; McGuire Dep. Ex. 64) | |
| | 64 | | 11/23/11 Email from Gary R. Batenhorst to Fred Wesner, cc: Matt Johnson re:  attached proposed revisions to Declaration of Restrictive Covenant (DRM001032 – DRM001048; McGuire Dep. Ex. 65) | |
| | 65 | | 12/16/11 Email from Fred Wesner to Larry Squire and Terry McGuire, cc:  Bruce Briney re:  attached fully-executed copy of Disclaimer, Subordination, and Non-Disturbance Agreement regarding the DRM, Inc. matter (BLM/2101 Morse 1023-1032; McGuire Dep. Ex. 66) | |
| | 66 | | 01/18/12 Email from Matt Johnson to Terry McGuire and Marc Johnson re:  all conditions precedent met with the exception of a $50k Lease obligation payment (DRM000739; McGuire Dep. Ex. 67) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | 67 | | 09/21/12 Executed LOI between Darden Restaurants and BLM, Land (BLM001 – BLM006; McGuire Dep. Ex. 68) | |
| | 68 | | 10/01/12 Email from Larry Squire to Terry McGuire re:  BLM update (BLM0058; McGuire Dep. Ex. 69) | |
| | 69 | | 11/13/12 Email from Larry Squire to Terry McGuire re:  Oasis Development update (BLM0049 – BLM0050; McGuire Dep. Ex. 70) | |
| | 70 | | 04/15/13 Email from Larry Squire to Terry McGuire, cc:  Tom Lasse and Terry McGuire re:  BLM update (BLM0056 – BLM0057; McGuire Dep. Ex. 71) | |
| | 71 | | 07/25/13 Declaration of Restrictive Covenant re:  Lot 2 and Lot 1 BLM Land, LLC to sell CFT Developments, LLC (BLM/S&S File 548 – 551; McGuire Dep. Ex. 72) | |
| | 72 | | 11/14/13 Letter from Barry Badertscher to Terry and Mandy re: Site issues that need to be addressed (BLM0066; McGuire Dep. Ex. 73) | |
| | 73 | | 03/25/15 Email from Amanda Witt to Terry McGuire re: Lot 5 info and Grey Shell (BLM0297 – BLM00304; McGuire Dep. Ex. 74) | |
| | 74 | | Vacant Land Offer to Purchase by S&S Milton Ave., LLC (McGuire Dep. Ex. 75) | |
| | 75 | | Draft Lease between BLM Land, LLC and Bruce Clark (YoFresh Yogurt Café, Franchisee) (BLM00190 – BLM00218; McGuire Dep. Ex. 76) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 76 | | 09/09/14 Lease between BLM Land, LLC and Mr. Brews Tap House VI, LLC (BLM00153 – BLM00189; McGuire Dep. Ex. 78) | |
| | 77 | | 09/2014 Lease between BLM Land, LLC and LV.YUMEI.SALON.106, LLC (McGuire Dep. Ex. 79) | |
| | 78 | | 09/19/14 Email from Gary Batenhorst to Michael E. Banks, cc: Matt Johnson and Trenten P. Bausch re:  Permitted User Agreement between The Diamond Center, Inc. and DRM, Inc. (DRM000681 – DRM000682; McGuire Dep. Ex. 80) | |
| | 79 | | 09/19/14 Email from Fred Wesner to Michael Banks, cc:  Terry McGuire re:  attached page 1 of the Lease Agreement relating to Arby's and a copy of Exhibit A (McGuire Dep. Ex. 81) | |
| | 80 | | 09/23/14 Email from Terry McGuire to Matt Johnson re: Denny's (DRM000677; McGuire Dep. Ex. 83) | |
| | 81 | | 10/01/14 Letter from Gary R. Batenhorst of Cline Williams to Terry McGuire of BLM Land, LLC re:  Notice of Default (McGuire Dep. Ex. 84) | |
| | 82 | | 10/08/14 Email from Fred Wesner to Larry Squire, cc:  Terry McGuire and David Moore re:  DRM, Inc./BLM Land, LLC use restriction dispute with attached page 1 to Lease, Exhibit A, and recorded Declaration of Restrictive Covenant (BLM/2101 Morse 1064-1073 and pp. 1, 7 and 36 to 11/21/14 Lease Agreement S&S Milton Ave., LLC and Chipotle; McGuire Dep. Ex. 85) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|-------------|------------------|
|      | No. | Witness |             |                  |
|      | 83 |      | Panchero's Mexican Grill Menu (BLM00253 – BLM00257; McGuire Dep. Ex. 86) |                  |
|      | 84 |      | 04/07/15 Expert Report of Jon J. Marshall, ASA (Marshall Dep. Ex. 87) |                  |
|      | 85 |      | 04/07/15 Notice of Deposition Duces Tecum of Jon J. Marshall (Marshall Dep. Ex. 89) |                  |
|      | 86 |      | Expert File of Jon J. Marshall (Marshall Dep. Ex. 90) |                  |
|      | 87 |      | 06/20/11 Email from Matt Johnson to Terry McGuire, cc:  Gary Batenhorst and Marc Johnson re:  attached redlined and original Lease Agreement (DRM001317 – DRM001368; Wesner Dep. Ex. 91) |                  |
|      | 88 |      | 07/13/11 Email from Matt Johnson to Terry McGuire, cc:  Bruce Briney and Gary Batenhorst re:  attached draft Lease (BLM/2101 Morse 100-147; Wesner Dep. Ex. 92) |                  |
|      | 89 |      | 08/05/11 Email from Bruce Briney to Gary Batenhorst re:  attached revised Declaration of Restrictions and Lease (BLM/2101 Morse 252-286; Wesner Dep. Ex. 93) |                  |
|      | 90 |      | 08/09/11 Email from Gary Batenhorst to Bruce Briney, cc:  Matt Johnson re:  attached redline and clean Lease (DRM001625 – DRM001663; Wesner Dep. Ex. 94) |                  |
|      | 91 |      | 08/11/11 Email from Bruce Briney to Gary Batenhorst re:  attached Declaration and clean copy of Lease (BLM/2101 Morse 298-360; Wesner Dep. Ex. 95) |                  |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|-------------|------------------|
| | No. | Witness | | |
| | 92 | | 08/15/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc:  Matt Johnson re:  Lease and Declaration (DRM001064 – DRM001065; Wesner Dep. Ex. 96) | |
| | 93 | | 08/16/11 Email from Bruce Briney to Gary Batenhorst re:  attached blackline and clean copies of Lease and Declaration (BLM/2101 Morse 370-431; Wesner Dep. Ex. 97) | |
| | 94 | | 09/06/11 Email from Gary Batenhorst to Bruce Briney re: Lease addendum (BLM/2101 Morse 481-483; Wesner Dep. Ex. 98) | |
| | 95 | | 12/12/11 Letter from Frederick L. Wesner to Gary Batenhorst re: documents in regards to the BLM Land, LLC/DRM, Inc. Lease transaction (Wesner Dep. Ex. 99) | |
| | 96 | | 05/01/14 Letter from Frederick L. Wesner to Michael E. Banks re: BLM Land, LLC/S&S Milton Ave., LLC Real Estate Transaction (Wesner Dep. Ex. 100) | |
| | 97 | | 04/10/15 Notice of Deposition Duces Tecum of Ronald A. Bero, Jr. (Bero Dep. Ex. 101) | |
| | 98 | | 03/06/15 Expert Report of Ronald A. Bero, Jr., CPA/ABV, CFF (Bero Dep. Ex. 102) | |
| | 99 | | New Retail Development Flyer for 3377 Milton Avenue, Janesville, Wisconsin (Bero Dep. Ex. 103) | |
| | 100 | | Arby's 1222 Financial/Wisconsin Sales Tax Information 12/31/11 to 12/31/12 (DRM000591-DRM000675) | |
| | 101 | | 10/01/08 Lease between ADI Development Company and DRM, Inc. (DRM000519 – DRM000538) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 102 | | 11/03/11 Lease between Southpoint Merchants, LLC and DRM, Inc. with Addendum (DRM000539 – DRM000566) | |
| | 103 | | 10/09/13 Lease between McBain Enterprises, Inc. in c/o John Patch and DRM, Inc. (DRM000567 – DRM000590) | |
| | 104 | | Project Cost Breakdowns for Unit 1222 relocation to 2101 Moore St. and supporting costs materials (DRM000201 – DRM000202, DRM000151 – DRM000213) | |
| | 105 | | 2011 Draft redlined lease between BLM Land, LLC and DRM, Inc. | |
| | 106 | | 03/03/11 Email from Terry McGuire of BLM to Matt Johnson re: attached Del Taco drawings (DRM001919 – DRM001924) | |
| | 107 | | 05/13/11 Email from Terry McGuire of BLM to Matt Johnson, Tom Lasse and William E. Mears of McGuire Mears re: "double banked" parking easement is acceptable (DRM000784 – DRM000785) | |
| | 108 | | 03/16/11 Email from Terry McGuire of BLM to Matt Johnson re: proposed LOI (DRM000818) | |
| | 109 | | 03/17/11 Email from Matt Johnson to Terry McGuire of BLM re: need for plans/specs (DRM000817) | |
| | 110 | | 03/17/11 Email from Terry McGuire of BLM to Matt Johnson re: LOI and request for Plans/Specs (DRM000816) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | 111 | | 03/24/11 Email from Matt Johnson to Terry McGuire of BLM re: attached LOI Lease Agreement, building and site layout and exterior images (DRM001688 – DRM001707) | |
| | 112 | | 03/28/11 Email from Terry McGuire of BLM to Matt Johnson re:  review of LOI (DRM000813 – DRM000814) | |
| | 113 | | 04/04/11 Email from Matt Johnson to Terry McGuire of BLM re: attached preliminary site layout for former Del Taco (DRM001678 – DRM001679) | |
| | 114 | | 04/12/11 Email from Terry McGuire of BLM to Matt Johnson re:  agreement to language in LOI (DRM000812) | |
| | 115 | | 04/14/11 Email from Terry McGuire of BLM to Matt Johnson re:  acknowledgement of receipt of LOI (DRM000808 – DRM000809) | |
| | 116 | | 04/14/11 Email from Terry McGuire of BLM to Matt Johnson re:  inquiring if existing equipment is of interest (DRM000806 – DRM000807) | |
| | 117 | | 04/14/11 Email from Matt Johnson to Terry McGuire of BLM re: unsure as to need for existing equipment (DRM000804 – DRM000805) | |
| | 118 | | 04/26/11 Email from Terry McGuire of BLM to Matt Johnson re:  preparation to sign LOI with changes (DRM000801 – DRM000802) | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|------|-----|---------|-------------|---------------------|
| | 119 | | 05/06/11 Email from Matt Johnson to Terry McGuire of BLM re: review/consider Lease and LOI comments (DRM000790 – DRM000792) | |
| | 120 | | 05/11/11 Email from Matt Johnson to Terry McGuire of BLM, cc: Marc Johnson re:  attached Easement Agreement proposal options (DRM001421 – DRM001424) | |
| | 121 | | 05/19/11 Partially executed LOI between DRM, Inc. and BLM Land, LLC | |
| | 122 | | 05/23/11 Email from Terry McGuire of BLM to Matt Johnson re:  comments on proposed LOI (DRM000781) | |
| | 123 | | 05/24/11 Email from Matt Johnson to Terry McGuire of BLM re:  need for clarification on topic of additional parking (DRM000780) | |
| | 124 | | 06/01/11 Partially executed LOI between DRM, Inc. and BLM Land, LLC (DRM001972 – DRM001980) | |
| | 125 | | 06/02/11 Email from Matt Johnson to Terry McGuire of BLM re: alternative parking scenarios (DRM001090 – DRM001091) | |
| | 126 | | 06/03/11 Email from Terry McGuire of BLM to Matt Johnson re:  review of alternative parking scenarios (DRM001088 – DRM001089) | |
| | 127 | | 06/04/11 Email from Terry McGuire of BLM to Matt Johnson re:  LOI and issue with $150,000 payment (DRM001087) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | 128 | | 08/04/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc:  Matt Johnson re:  Declaration language (DRM001074) | |
| | 129 | | 08/10/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc:  Matt Johnson re:  enforcement of Declaration (DRM001067) | |
| | 130 | | 08/12/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc:  Matt Johnson re:  review of Lease and Declaration Restrictions (DRM001066) | |
| | 131 | | 08/30/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc:  Matt Johnson and Marc Johnson re:  High-Rise sign issue (DRM001059 – DRM001060) | |
| | 132 | | 08/31/11 Email from Marc Johnson to Terry McGuire of BLM, cc: Matt Johnson and Marc Johnson re: conversion plans (DRM001053 – DRM001054) | |
| | 133 | | 09/02/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc:  Matt Johnson and Marc Johnson re:  High-Rise sign and attached documents showing the proposed location for the sign (DRM001306 – DRM001311) | |
| | 134 | | 09/08/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc:  Matt Johnson re:  Lease Addendum (DRM000884) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 135 | | 09/12/11 Lease between BLM Land, LLC and DRM, Inc., page 1 and Exhibit A (BLM\S&S File75-78) | |
| | 136 | | 09/13/11 Email from Terry McGuire of BLM to Matt Johnson re: Lease Addendum (DRM000883) | |
| | 137 | | 09/29/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney, cc: Matt Johnson and Marc Johnson re: sign height and Lease condition matters (DRM000881 –DRM000882) | |
| | 138 | | 10/07/11 Email from Terry McGuire of BLM to Matt Johnson and Marc Johnson re: High-Rise pylon sign (DRM001434 – DRM001435) | |
| | 139 | | 10/17/11 Email from Terry McGuire of BLM to Matt Johnson re: Panchero's (DRM000880) | |
| | 140 | | 10/17/11 Email from Terry McGuire of BLM to Matt Johnson re: meeting with architect re: Panchero's (DRM000877 – DRM000878) | |
| | 141 | | 10/28/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to F. Wesner, cc: Matt Johnson and Marc Johnson re: response from City regarding conditional use permit (DRM000867 – DRM000868) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 142 | | 11/01/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to F. Wesner, cc:  Matt Johnson and Marc Johnson re:  attached redlined High-Rise sign easement and Declaration of Easement (DRM000841 – DRM000866) | |
| | 143 | | 11/02/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Fred Wesner, cc:  Marc Johnson and Matt Johnson re:  Arby's parking (DRM001049 – DRM001051) | |
| | 144 | | 11/09/11 Email from Marc Johnson to Terry McGuire of BLM, cc: Matt Johnson, Marc Johnson and Gary R. Batenhorst, Esq. of Cline Williams re:  construction escrow (DRM000769) | |
| | 145 | | 11/12/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Bruce Briney and Fred Wesner, cc:  Matt Johnson and Marc Johnson re:  conference call (DRM000768) | |
| | 146 | | 11/21/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Fred Wesner, cc:  Matt Johnson and Marc Johnson re:  revisions to Declaration of Restrictions (DRM000764 –DRM000766) | |
| | 147 | | 12/02/11 Email from Gary R. Batenhorst, Esq. of Cline Williams to Fred Wesner, cc:  Marc Johnson and Matt Johnson re:  Disclaimer and Subordination Agreement (BLM\2101 Morse 952 – 954) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 148 | | 12/08/11 Disclaimer, Subordination, and Non-Disturbance Agreement between DRM, Inc. and Johnson Bank | |
| | 149 | | 06/21/12 Email from Gary R. Batenhorst, Esq. of Cline Williams to Matt Johnson re: new strip center and Panchero's (DRM000737) | |
| | 150 | | 08/20/12 Email from Matt Johnson to Terry McGuire of BLM, cc: Matt Johnson and Marc Johnson re: attached Red Lobster shared parking area (DRM000826 – DRM000827) | |
| | 151 | | 08/20/12 Email from Terry McGuire of BLM to Matt Johnson re: parking (DRM000734 – DRM000735) | |
| | 152 | | 08/22/12 Email from Matt Johnson to Terry McGuire of BLM, cc: Marc Johnson and Matt Johnson re: shared parking situation with Red Lobster (DRM000732 – DRM000733) | |
| | 153 | | 09/14/12 Email from Matt Johnson to Terry McGuire of BLM, cc: Marc Johnson and Matt Johnson re: Red Lobster (DRM000731) | |
| | 154 | | 03/05/13 Email from Terry McGuire of BLM to Matt Johnson re: approached by Panera Bread and their request to waive the restriction (DRM000730) | |
| | 155 | | 02/07/14 Email from Terry McGuire of BLM to Matt Johnson re: Tom & Chee (DRM000728) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 156 | | 02/12/14 Terry McGuire of BLM to Matt Johnson re: request for response related to Tom & Chee (DRM000727) | |
| | 157 | | 02/12/14 Email from Matt Johnson to Terry McGuire of BLM, cc: Matt Johnson re: Tom & Chee menu applicable to portions of Lease (DRM000726) | |
| | 158 | | 09/12/14 Email from Laurie Sheil to Matt Johnson re: Terry McGuire requests I call (DRM000683) | |
| | 159 | | 09/19/14 Email from Michael E. Banks to Gary R. Batenhorst, Esq. of Cline Williams re: permitted User Agreement, language in Arby's restriction does not prohibit all chopped and sliced meats | |
| | 160 | | 09/19/14 Email from Fred Wesner to Michael E. Banks, cc: Terry McGuire of BLM re: Arby's objection to Chipotle and attached Lease, p. 1 and Exhibit A | |
| | 161 | | 09/26/14 Email from Gary Batenhorst to Terry McGuire, cc: Fred Wesner, Matt Johnson, Marc Johnson and Trenten P. Bausch re: representation and issues related to non-compete provisions in Lease and issues with The Diamond Center sign (DRM000676) | |
| | 162 | | 10/01/14 Memorandum of Restrictive Covenant by DRM, Inc. | |
| | 163 | | 11/21/14 Lease Agreement between S&S Milton Ave., LLC and Chipotle Mexican Grill of Colorado, LLC | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 164 | | 02/06/15 Withdrawal of Restrictive Covenant by DRM, Inc. | |
| | 165 | | 02/06/15 Withdrawal of Amended and Restated Memorandum of Restrictive Covenant by DRM, Inc. | |
| | 166 | | 02/06/15 Lis Pendens | |
| | 167 | | Redlined draft Vacant Land Offer to Purchase, Buyer, S&S Milton Ave., LLC | |
| | 168 | | Arby's To-Go Menu | |
| | 169 | | Arby's Catering Menu | |
| | 170 | | Arby's Menu Board | |
| | 171 | | Photos related to Arby's Chicken Salad | |
| | 172 | | Chipotle Opening Analysis | |
| | 173 | | Competitive Review July 2014 | |
| | 174 | | Competitive Review December 2014 | |
| | 175 | | Demonstrative/Interactive Exhibit showing the construction history of the Oasis development over time | |
| | 176 | | Warranty Deed b/w BLM Land LLC and S&S Milton Ave., LLC, 7/30/14 | |
| | 177 | | Email exchange b/w Fred Wesner and Michael Banks, 9/8/14 and 9/9/14 (BLM/S&S 2466 – 2467) | |
| | 178 | | Red Lobster menu | |
| | 179 | | Chipotle menu (BLM00256 – BLM00257) | |
| | 180 | | Dunkin Donuts menu – bakery items | |
| | 181 | | Starbuck menu – food | |
| | 182 | | Long John Silver's menu (platters, sandwiches, salads and kids's meals) | |
| | 183 | | DRM lease with Schuering Road, LLC, 10/9/00 (DRM000354 – DRM000373) | |
| | 184 | | BLM damages documentation | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | **No.** | **Witness** | | |
| | 185 | | Email from Stacy Blocker to AFA Board of Directors re: Competitive Review (July 2014 News) (from Bero's file materials) | |
| | 186 | | Arby's Demographic Analyzer – Arby's Competitor List, 3/18/10 (from Bero's file materials) | |
| | 187 | | Arby's Store #1222 Competition Excel Spreadsheet (from Bero's file materials) | |
| | 188 | | Cost to Move binder (from Bero's file materials) | |

208306-0001\17112230.1