IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DRM, INC.,

        Plaintiff,                               ORDER

     v.                                         14-cv-754-wmc

BLM LAND, LLC,

        Defendant.

---

      As the court indicated after the jury returned a verdict in favor of defendant, the court circulates a proposed judgment for the parties' review. Any responses to the proposed judgment are due on or before May 22, 2015. Post-judgment motions are due 21 days from the entry of final judgment. Responses are due 14 days thereafter. Replies, if any, are due 7 days from the filing of the responses.

      Entered this 18th day of May, 2015.

                                               BY THE COURT:

                                               /s/

                                               _____
                                               WILLIAM M. CONLEY
                                               District Judge